

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER OF REINSTATEMENT

Appellate case name:         Patrick Campbell v. The State of Texas

Appellate case number:     01-20-00494-CR

Trial court case number:    10-CR-3689

Trial court:                       122nd District Court of Galveston County

On April 14, 2022, the Court abated this appeal and remanded to the trial court to appoint new appellate counsel for appellant Patrick Campbell. The abatement order also required Campbell's newly appointed counsel to notify the Court whether Campbell desires to file new appellate briefs or whether Campbell adopts the appellate briefs filed by his previous counsel. On April 26, 2022, the trial court appointed attorney Tad Nelson to represent Campbell.

Campbell's counsel has filed the required briefing notice in this Court, stating that Campbell is satisfied with his prior briefing, he adopts his prior briefing, and he requests that the appeal be reinstated on the Court's active docket. Campbell has also filed a second motion to extend time to file the notice. Accordingly, the Court **reinstates** this appeal on the Court's active docket. The parties will be notified when the submission date is reset. The Court **dismisses as moot** Campbell's second motion for extension of time.

It is so ORDERED.

Judge's signature:  /s/  April L. Farris
                         ☑ Acting individually     ☐ Acting for the Court

Date: July 21, 2022